John C. Cashman, Respondent, *v.* Samuel Lawson and Alonzo T. Welch, Appellants.

*Cashman* v. *Lawson*, 73 App. Div. 419, affirmed.
(Argued May 12, 1903; decided June 2, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1902, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*Henry A. Forster* for appellants.

*Stanley W. Dexter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Bartlett, Haight, Martin, Vann, Cullen and Werner, JJ.

---

Nathaniel George et al., Respondents, *v.* Manhattan Railway Company, Appellant.

*George* v. *Manhattan Ry. Co.*, 73 App. Div. 626, affirmed.
(Argued May 12, 1903; decided June 2, 1903.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1902, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Sherrill Babcock, Julien T. Davies* and *Charles A. Gardiner* for appellant.

*Charles H. Strong* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Bartlett, Haight, Martin, Vann, Cullen and Werner, JJ.